

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00461-CV

**IN THE INTEREST OF S.K.K AND H.A.K. CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2718-CV
Honorable William Old, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

This appeal was dismissed on September 5, 2018, because appellant did not respond to this court's order regarding appellant's failure to pay the filing fee for the appeal. In response to a motion for rehearing, we again ordered appellant to show cause in writing by October 5, 2018, that either: (1) the filing fee had been paid; or (2) appellant is entitled to appeal without paying the filing fee.

On October 5, 2018, appellant filed a response addressing the merits of his appeal. Although appellant refers to his financial situation, he does not directly address whether he is entitled to appeal without paying the filing fee. Although this court may permit a party to proceed without payment of costs, appellant must file a Statement of Inability to Afford Payment of Court Costs in order to establish his indigence. *See* TEX. R. APP. P. 20.1(c).

By order dated October 8, 2018, we again ordered appellant to show cause in writing by October 23, 2018 that either (1) the filing fee had been paid; or (2) appellant is claiming an inability to pay the filing fee and other costs of appeal by filing a Statement of Inability to Afford Payment of Court Costs in the form enclosed with the order. Our order cautioned that if appellant failed to respond within the time provided, the motion for rehearing would be denied.

Appellant did not respond to this court's order. Appellant's motion for rehearing is DENIED. The motion to withdraw filed by appellant's attorney is GRANTED.

It is so ORDERED on November 1, 2018.

PER CURIAM



ATTESTED TO:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

KEITH E. HOTTLE,
Clerk of Court